IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JOE HAND PROMOTIONS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 1:18-CV-1015-WKW |
| | ) |
| ANDRE BARBER, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

On April 19, 2019, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 16.) After an independent review of the record and upon consideration of the Recommendation, it is ORDERED that the Recommendation is ADOPTED. Accordingly, it is ORDERED that the Motion to Change Venue (Doc. # 10) is DENIED.

It is further ORDERED that Defendant John Doe Entity d/b/a Blue Bar & Grill is granted to and including **June 7, 2019**, to find counsel, to have said counsel make an appearance in this matter, and to respond to the Complaint.

DONE this 7th day of May, 2019.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE