IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| JOE HAND PROMOTIONS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:18-CV-1015-WKW |
| | ) | [WO] |
| ANDRE BARBER, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Before the court is the Recommendation of the Magistrate Judge. (Doc. # 69.) Defendant Andre Barber timely filed objections. (Doc. # 69.) Based upon a *de novo* review of those portions of the Recommendation to which objection is made, 28 U.S.C. § 636, the court finds that the Recommendation addresses and properly rejects the arguments underlying Mr. Barber's objections and that the objections lack merit. Accordingly, it is ORDERED as follows:

(1) Mr. Barber's objections (Doc. # 70) are OVERRULED;

(2) The Recommendation (Doc. # 69) is ADOPTED;

(3) Plaintiff Joe Hand Promotions, Inc.'s motion for summary judgment (Doc. # 44) is GRANTED;

(4) Plaintiff's request for statutory damages (Doc. # 44) is GRANTED in the amount of $15,000;

(5)     Plaintiff's request for attorneys' fees and costs (Doc. # 44) is DENIED;

(6)     Mr. Barber's cross-motion for summary judgment (Doc. # 46) is DENIED; and

(7)     Mr. Barber's motion to dismiss for lack of standing (Doc. # 52) is DENIED.

It is further ORDERED that, on or before **July 7, 2021**, Plaintiff is DIRECTED to file a position statement on how it wishes to proceed on its remaining count alleging satellite and cable piracy pursuant to 47 U.S.C. § 553 and § 605. The statement should include, with citations to authority, Plaintiff's position on Defendant's demand for a jury trial (Doc. # 26). Defendant may, but is not required to, file a reply to Plaintiff's position statement no later than **July 14, 2021**.

DONE this 23rd day of June, 2021.

                                        /s/ W. Keith Watkins
                                   UNITED STATES DISTRICT JUDGE