IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

JOE HAND PROMOTIONS, INC.,  )
                            )
            Plaintiff,      )
                            )
    v.                      )      CASE NO. 1:18-CV-1015-WKW
                            )              [WO]
ANDRE BARBER,               )
                            )
            Defendant.      )

## ORDER

Defendant has filed a *pro se* Notice of Appeal (Doc. # 100) of the Order (Doc. # 99) entered on September 2, 2022, denying his motion to vacate the judgment. Before the court is Defendant's Motion to Unseal Record of Proceedings. (Doc. # 102.) Defendant moves the court to unseal the record of the initial scheduling hearing held before the Magistrate Judge on April 22, 2020, so he can obtain a transcript of that hearing. (Doc. # 102.)

In a notice dated September 29, 2022, the Clerk of this Court advised Defendant that an "audio tape is available for transcription of the court hearing." (Doc. # 103.) There is nothing in the record that needs to be unsealed for Defendant to obtain a transcript of the April 22, 2020 hearing. If Defendant is requesting the court to unseal the Minute Entry for the Status Conference held on April 22, 2020 (Doc. # 37), its unsealing likewise is not required for Defendant to obtain a

transcript. The instructions for Defendant to obtain a Transcript Information Form are in the letter addressed to him and dated October 3, 2022, from the Clerk of Court for the United States Court of Appeals for the Eleventh Circuit.  (Doc. # 104, at 2.)

For these reasons, it is ORDERED that Defendant's Motion to Unseal Record of Proceedings is DENIED as moot.

DONE this 14th day of October, 2022.

_____/s/   W. Keith Watkins_____
UNITED STATES DISTRICT JUDGE